Green *v.* Ward.

coroner's return, by adding thereto the names of the sureties, with their additions, &c.

*A. Child*, for the plaintiff.

*D. D. Field*, for the defendant, cited 2 *R. S.* 431, § 7; 18 *Wend.* 581, 583; 19 *Id.* 632.

(*a*) See 2 *R. S.* 556, §§ 33, 34.

---

SAME TERM.    *Before the same Justice.*

·GREEN *vs.* WARD.

Method of investing moneys in court, on bond and mortgage; and of ascertaining the sufficiency of the security.

*Murray Hoffman*, on an order directing a guardian to pay $5000 into court, and the clerk to invest the same on bond and mortgage, presented a petition praying that a bond and mortgage for $3000, which he exhibited, might be taken as part of that investment, and that the guardian pay the balance, only, into court.

EDMONDS, J.   Great difficulties must necessarily attend the investment, on bond and mortgage, of moneys in court, under

the present system. The clerk of the court of appeals is alone charged with the custody of the moneys in court, and will alone be authorized to make such investments. He will be continually receiving such orders, from all parts of the state. And residing, himself, at Albany, it cannot be expected that he will have any personal knowledge as to the value of property, excepting such as may be in the immediate vicinity of his residence. He will, therefore, be obliged either to take security upon lands at a distance from the parties interested in the fund, or, if he invests in the neighborhood of the parties in interest, then he must take a mortgage upon lands of whose value he can have no personal knowledge. To remedy this inconvenience, it is suggested that the parties in interest themselves select a proper place for investment, and have a reference to ascertain its suitability and propriety. And that upon the coming in of the report they enter an order directing the clerk of the court of appeals to invest upon the specific bond and mortgage mentioned in the report. There must be an order directing a reference to ascertain whether the $3000 bond and mortgage is a proper investment in this case, and as to what will be a proper investment of the balance of $2000.

